# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2016

Robert P. Young, Jr.,
Chief Justice

152753(65)(67)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

STAR TICKETS,
     Plaintiff-Appellee,

v

SC: 152753
COA: 322371
Oakland CC: 2014-138263-CB

CHUMASH CASINO RESORT,
     Defendant-Appellant.
_____/

     On order of the Chief Justice, the separate motions of the American Indian Law Section of the State Bar of Michigan and the Indigenous Law & Policy Center at Michigan State University College of Law to participate as amicus curiae are GRANTED. The briefs submitted on January 20, 2016, by those amici in support of defendant-appellant's application for leave to appeal are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016

